**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BOBBY D. SLIGAR**                                                              **PLAINTIFF**

    **v.**                          **CIVIL NO. 08-05189**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                   **DEFENDANT**

## J U D G M E N T

NOW on this the 18th day of August 2009, comes on for consideration the **Report and Recommendation of the United States Magistrate Judge**, dated July 30, 2009 (document #8).  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the ALJ; and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable," i.e., 30 days after the 60-day time for appeal has ended.  See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**AO72A**
**(Rev. 8/82)**

      IT IS SO ORDERED.

                                      <u>**/s/Jimm Larry Hendren**</u>
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**