IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY D. SLIGAR                                                    PLAINTIFF

    v.                    Civil Case No. 08-05189

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                     DEFENDANT

**O R D E R**

NOW on this 7th day of December 2009, the Court has before it for consideration Plaintiff's Motion for Award of Attorney Fees Under the Equal Access to Justice Act (document #10).

For the reasons set forth in the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, on November 13, 2009 (document #13), to which no objections have been filed, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the total amount of $2,521.47, representing 15.00 hours of attorney work at an hourly rate of $167.00 per hour and $16.47 in expenses.

This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**